| Help | Contact Us | | E-PAYMENTS | CAREERS |
|---|---|---|---|---|

**HOME   COURTS   DECISIONS   PROGRAMS   NEWS   LEGAL RESEARCH   COURT RECORDS   QUICK LINKS**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

SHERI CHRISTINE WHITNEY,
    Plaintiff,
v.
WALMART INC,
    Defendant, and
WALMART ASSOCIATES INC,
    Defendant, and
WALMART STORES EAST LP,
    Defendant, and
WALMART REAL ESTATE BUSINESS TRUST,
    Defendant.

No. CJ-2021-596
(Civil relief more than $10,000: STRICT LIABILITY)

Filed: 02/26/2021

Judge: Civil Docket D

## PARTIES

WALMART ASSOCIATES  INC, Defendant
WALMART INC, Defendant
WALMART REAL ESTATE BUSINESS TRUST, Defendant
WALMART STORES EAST  LP, Defendant
WHITNEY,  SHERI  CHRISTINE, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| ANDREA,  CLINGER (Bar #31910)<br>CARR & CARR<br>4416 S HARVARD AVE<br>TULSA, OK 74135 | WHITNEY,  SHERI  CHRISTINE |
| PRATT,  ALEXANDRA (Bar #32657)<br>LATHAM STEELE LEHMAN KEELE RATCLIFF FREIJE & CARTER PC<br>1515 EAST 71ST STREET<br>SUITE 200<br>TULSA, OK 74136 | WALMART ASSOCIATES,   INC<br>WALMART INC,<br>WALMART REAL ESTATE BUSINESS TRUST,<br>WALMART STORES EAST,   LP |



| | |
|---|---|
| STEELE, MARK T (Bar #14078)<br>LATHAM, WAGNER, STEELE & LEHMAN PC<br>1441 S. REGAL BLVD, STE. 200<br>TULSA, OK 74133 | WALMART ASSOCIATES, INC<br>WALMART INC,<br>WALMART REAL ESTATE BUSINESS TRUST,<br>WALMART STORES EAST, LP |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: STRICT LIABILITY (LIABLE)
Filed By: WHITNEY, SHERI CHRISTINE
Filed Date: 02/26/2021

| Party Name | Disposition Information |
|---|---|
| **Defendant:** WALMART INC | |
| **Defendant:** WALMART REAL ESTATE BUSINESS TRUST | |
| **Defendant:** WALMART STORES EAST LP | |
| **Defendant:** WALMART ASSOCIATES INC | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-26-2021 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 02-26-2021 | LIABLE | STRICT LIABILITY | | | |
| 02-26-2021 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 02-26-2021 | PFE1 | PETITION<br>Document Available (#1048738263) TIFF PDF | | | $ 163.00 |
| 02-26-2021 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 02-26-2021 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 02-26-2021 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 02-26-2021 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 02-26-2021 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 02-26-2021 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE | | | $ 1.00 |

| | | | |
|---|---|---|---|
| | | SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 02-26-2021 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 02-26-2021 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 02-26-2021 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 02-26-2021 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 02-26-2021 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 02-26-2021 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 02-26-2021 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 02-26-2021 | LTF | LENGTHY TRIAL FUND | $ 10.00 |
| 02-26-2021 | SMF | SUMMONS FEE (CLERKS FEE)-4 | $ 40.00 |
| 02-26-2021 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | |
| 02-26-2021 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET D TO THIS CASE. | |
| 02-26-2021 | ACCOUNT | RECEIPT # 2021-4190671 ON 02/26/2021.<br>PAYOR: CARR & CARR TOTAL AMOUNT PAID: $ 282.14.<br>LINE ITEMS:<br>CJ-2021-596: $203.00 ON AC01 CLERK FEES.<br>CJ-2021-596: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2021-596: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2021-596: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2021-596: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2021-596: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2021-596: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2021-596: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2021-596: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2021-596: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2021-596: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2021-596: $10.00 ON AC89 COURT CLERK'S RECORDS | |

| | | | |
|---|---|---|---|
| | | MANAGEMENT AND PRESERVATION FEE. | |
| 03-24-2021 | EAA | WAL-MART'S SPECIAL ENTRY OF APPEARANCE AND RESERVATION FOR ENLARGEMENT OF TIME IN WHICH | WALMART INC |

## OSCN
EMAIL: webmaster@oscn.net
Oklahoma Judicial Center
2100 N Lincoln Blvd.
Oklahoma City, OK 73105

## COURTS
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals
District Courts

## DECISIONS
New Decisions
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals

## PROGRAMS
The Sovereignty Symposium
Alternative Dispute Resolution
Early Settlement Mediation
Children's Court Improvement Program (CIP)
Judicial Nominating Commission
Certified Courtroom Interpreters
Certified Shorthand Reporters
Accessibility ADA

CONTACT US | CAREERS | ACCESSIBILITY ADA

https://www.oscn.net/dockets/getcaseinformation.aspx?submitted=true&db=tulsa&number=cj-2021-00596[4/1/2021 1:47:35 PM]